# <u>EXHIBIT A</u>

Electronically Filed - Platte - January 07, 2020 - 08:07 PM

**IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI**

**ATHENA REYNOLDS,**
c/o Cornerstone Law Firm
8350 N. St. Clair Ave., Ste. 225
Kansas City, MO 64151

Plaintiff,

v.

**JJ STOLL, INC.,**
*Registered Agent*:
Stoll, Jennifer Janae
6116 N. Harden Ct.
Kansas City, MO 64151

Defendant.

Case No.: ____________________

Division: ____________________

**REQUEST FOR JURY TRIAL**

**PETITION FOR DAMAGES**

COMES NOW, Plaintiff Athena Reynolds, by and through her attorney, and for her cause of action against Defendant JJ Stoll, Inc., alleges as follows:

**Parties and Jurisdiction**

1. This is an employment case based upon and arising under the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.* ("ADEA").
2. Plaintiff Athena Reynolds ("Plaintiff") is a citizen of the United States, domiciled in the state of Missouri.
3. Defendant JJ Stoll, Inc. ("Clay-Platte Montessori") is and was at all relevant times a for-profit corporation incorporated under the laws of Missouri with a principal place of business in Kansas City, Missouri.
4. At all relevant times, Clay-Platte Montessori conducting substantial and continuous business in the state of Missouri.

5. Defendant Clay-Platte Montessori maintains and operates a place of business at 5901 NW Waukomis Dr., Kansas City, MO 64151.

6. At all relevant times, Clay-Platte Montessori employed twenty (20) or more people in each of twenty (20) or more calendar weeks in the current or preceding calendar year.

7. Clay-Platte Montessori is an employer within the meaning of the ADEA.

8. This court has jurisdiction over the parties and subject matter of this action.

9. Venue is proper pursuant to MO. REV. STAT. § 508.010 because Plaintiff was first injured by the alleged wrongful acts in Platte County, Missouri.

**Administrative Procedures**

10. On May 23, 2019, Plaintiff timely filed with the the Equal Employment Opportunity Commission ("EEOC") a Charge of Discrimination against Defendant alleging age discrimination (attached as Exhibit 1 and incorporated herein by reference).

11. On October 9, 2019, the EEOC issued to Plaintiff a Notice of Right to Sue (attached as Exhibit 2 and incorporated herein by reference).

12. The aforesaid Charge of Discrimination provided the EEOC sufficient opportunity to investigate the full scope of the controversy between the parties and, accordingly, the sweep of this judicial complaint may be and is as broad as the scope of a EEOC investigation, which could reasonably be expected to have grown out of the Charge of Discrimination.

13. This lawsuit is filed within ninety (90) days of the issuance of the EEOC's Notice of Right to Sue.

14. Plaintiff has satisfied all private, administrative, and judicial prerequisites to the institution of this action.

Case 5:20-cv-06024-SRB Document 1-2 Filed 02/24/20 Page 3 of 19
Electronically Filed - Platte - January 07, 2020 - 08:07 PM

15. This action is filed within the applicable statute of limitations.

**Additional Factual Allegations**

16. Plaintiff re-alleges and incorporates herein by reference, as though fully set forth herein, all of the above numbered paragraphs.

17. Plaintiff began working for the Clay-Platte Montessori School under prior ownership October 2008 as a teacher.

18. In 2017, one of the teachers, as the entity JJ Stoll, Inc., purchased Clay-Platte Montessori.

19. Over the course of the next approximately year-and-a-half, Clay-Platte Montessori systematically terminated the employment of nearly fifteen (15) teachers over the age of forty (40).

20. The reasons given for the termination of these employees were various but generally pretextual.

21. After terminating the older teachers, Clay-Platte Montessori replaced nearly all of them with substantially younger teachers.

22. On July 27, 2018, Clay-Platte Montessori terminated Plaintiff's employment.

23. Plaintiff was aged 42 at the time of the termination of her employment with Clay-Platte Montessori.

24. Upon information and belief, Clay Platte Montessori replaced Plaintiff with a substantially younger employee.

**COUNT I**
**Violation of 29 U.S.C. § 621 *et seq*.**
**Age Discrimination**

25. Plaintiff re-alleges and incorporates herein by reference, as though fully set forth herein, all of the above numbered paragraphs.

Electronically Filed - Platte - January 07, 2020 - 08:07 PM

Electronically Filed - Platte - January 07, 2020 - 08:07 PM

26. Plaintiff is over the age of forty (40) and therefore a member of a protected class pursuant to the ADEA.

27. Clay-Platte Montessori subjected Plaintiff to an adverse employment action because it terminated her employment.

28. Plaintiff's age was a determining factor in Clay-Platte Montessori's decision to terminate Plaintiff's employment.

29. At all times mentioned herein, before and after, the above described perpetrators were agents, servants, and employees of Clay-Platte Montessori and were at all such times acting within the scope and course of their agency and employment, and/or their actions were expressly authorized by Clay-Platte Montessori, thus making Clay-Platte Montessori liable for said actions under the doctrine of *respondent superior*.

30. Clay-Platte Montessori failed to make good faith efforts to establish and enforce policies to prevent illegal discrimination against its employees, including age discrimination.

31. Clay-Platte Montessori failed to properly train or otherwise inform their supervisors and employees concerning their duties and obligations under the civil rights laws, including the ADEA.

32. Plaintiff suffered intentional discrimination at the hands of Clay-Platte Montessori, based on her age, in violation of the ADEA.

33. As a direct and proximate result of Clay-Platte Montessori's actions and/or omissions, Plaintiff has been deprived of income, as well as other monetary and non-monetary benefits.

Case 5:20-cv-06024-SRB Document 1-2 Filed 02/24/20 Page 5 of 19

Electronically Filed - Platte - January 07, 2020 - 08:07 PM

34. By failing to take prompt and effective remedial action and instead of re-employing Plaintiff, Clay-Platte Montessori, in effect, condoned, ratified, and/or authorized discrimination against Plaintiff.

35. As shown by the foregoing, Clay-Platte Montessori's conduct was willful, wanton, and malicious, and showed complete indifference to or conscious disregard for the rights of others, including the rights of Plaintiff, thus justifying an award of liquidated damages.

36. Pursuant to the provisions of the ADEA, Plaintiff is entitled to recover her reasonable attorney's fees from Clay-Platte Montessori.

WHEREFORE, Plaintiff requests that the Court enter judgment in her favor and against Clay-Platte Montessori for economic damages, including but not limited to back-pay and lost benefits; for equitable relief, including but not limited to front-pay and injunctive relief; for liquidated damages; for reasonable attorney's fees and costs incurred herein; for pre- and post-judgment interest as allowed by law; and for such other and further legal and equitable relief as the Court deems just and proper.

**Demand for Jury Trial**

Plaintiff requests a trial by jury, in the Circuit Court of Platte County, Missouri, on all counts and allegations of wrongful conduct alleged in this Petition.

*(Signature on following page)*

Respectfully Submitted,

CORNERSTONE LAW FIRM

By: ______________________________

Joshua P. Wunderlich MO BAR 64254
j.wunderlich@cornerstonefirm.com
8350 N. St. Clair Ave., Ste. 225
Kansas City, Missouri 64151
Telephone (816) 581-4040
Facsimile (816) 741-8889

ATTORNEY FOR PLAINTIFF

Case 5:20-cv-06024-SRB Document 1-2 Filed 02/24/20 Page 7 of 19

Electronically Filed - Platte - January 07, 2020 - 08:07 PM

Electronically Filed - Platte - January 07, 2020 - 08:07 PM

EEOC Form 5 (11/09)

**CHARGE OF DISCRIMINATION**

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):
[X] FEPA
[X] EEOC
563-2019-02070

Missouri Commission on Human Rights and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Athena Reynolds | 816-581-4040 | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| 8350 North Saint Clair Avenue | Kansas City, Missouri 64151 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| JJ Stoll Inc. | 20+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 5901 NW Waukomis Drive | Kansas City, Missouri 64151 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Jennifer Stoll | 20+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 5901 NW Waukomis Drive | Kansas City, M 64151 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [X] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest Latest
2017- Present
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Please see attached.

2019 MAY 23 PM 2:5

RECEIVED EEOC
KANSAS CITY AREA OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

5/23/2019 [signature]

Date Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

PLAINTIFF'S EXHIBIT
1

tabbies

Electronically Filed - Platte - January 07, 2020 - 08:07 PM

EEOC Form 5 (11/09)

**CHARGE OF DISCRIMINATION**

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):
☒ FEPA
☒ EEOC

Missouri Commission on Human Rights and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Athena Reynolds | 816-581-4040 | 12/25/1975 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8350 North Saint Clair Avenue | Kansas City, Missouri 64151 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Joshua Stoll | 20+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 5901 NW Waukomis Drive | Kansas City, Missouri 64151 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest Latest
2017- Present
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Please see attached.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

5/23/2019 [signature]
Date Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Electronically Filed - Platte - January 07, 2020 - 08:07 PM

**Attachment to EEOC Form 5 (5/01) for Athena Reynolds**

I, Athena Reynolds, bring this Charge of Discrimination against Respondents Jennifer Stoll and Joshua Stoll,. d/b/a Clay-Platte Montessori School ("the school"), and JJ Stoll, Inc. (collectively "Clay-Platte Montessori"). Respondents were my joint and several employers within the meaning of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

I am a former employee of Clay-Platte Montessori and a member of a protected class pursuant to the ADEA because of my age, which at the time of my termination was forty-two (42). The specific facts that give rise to my claim of age discrimination are as follows:

I began working for the school, then under different ownership, in October 2008. In 2017, Respondent Jennifer Stoll, who had been a teacher for some time, purchased the school, either individually, in conjunction with Respondent Joshua Stoll, through JJ Stoll, Inc., or in some combination thereof. After that time, Clay-Platte Montessori began systematically terminating all of the school's employees that were over forty (40) years of age. Over the course of approximately one-and-a-half (1.5) years, approximately fifteen (15) employees over forty (40) years of age either were fired or felt as though they were forced to quit. As the older employees were forced out, Clay-Platte Montessori replaced each of them with a substantially younger employee. My employment was terminated on July 27, 2018.

In sum, I am a member of a protected class under the ADEA. Clay-Platte Montessori discriminated against me because of my age. As a result of Clay-Platte Montessori's actions, I am seeking back-pay, front-pay, emotional distress damages, attorneys' fees, punitive damages, and any other remedies the Commission deems appropriate.

Electronically Filed - Platte - January 07, 2020 - 08:07 PM

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Athena Reynolds**
**8350 North Saint Clair Ave**
**Suite 225**
**Kansas City, MO 64151**

From: **Kansas City Area Office**
**Gateway Tower II**
**400 State Avenue, Suite 905**
**Kansas City, KS 66101**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **563-2019-02070** | **Leah Sibert, Investigator** | **(913) 551-5655** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature] for:

**Natascha Deguire,**
**Area Office Director**

OCT 09 2019
*(Date Mailed)*

Enclosures(s)

cc:

**Jennifer Stoll**
**Owner**
**JJ STOLL INC**
**5901 NW Waukomis Drive**
**Kansas City, MO 64151**

**Joshua Wunderlich**
**CORNERSTONE LAW FIRM**
**8350 North St. Clair Ave**
**Suite 225**
**Kansas City, MO 64151**

PLAINTIFF'S EXHIBIT 2

Electronically Filed - Platte - January 07, 2020 - 08:07 PM

IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI

| | | |
|---|---|---|
| ATHENA REYNOLDS, | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: ____________ |
| v. | ) | |
| | ) | Division: ____________ |
| JJ STOLL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR APPROVAL AND APPOINTMENT OF PRIVATE PROCESS SERVER**

COMES NOW Plaintiff, by and through its attorney of record, and for its Motion for Approval/Appoint of Private Process Server, and requests that D&B Legal Services, Inc.: Legal Names (s):

Jamie Andrews PPS20-0009
Caleb Battreal PPS20-0010
Bernard Beletsky PPS20-0011
Carrington Bell PPS20-0012
Thomas Bogue PPS20-0013
Brent Bohnhoff PPS20-0014
Arthur Boyer PPS20-0015
Scott Brady PPS20-0016
Gary Brakemeyer PPS20-0017
Jeff Brown PPS20-0018
Hester Bryant PPS20-0019
Nicholas Bull PPS20-0020
Randy Burrow PPS20-0021
Gory Burt PPS20-0022
Kyle Carter PPS20-0023
Michael Conklin PPS20-0024
Lisa Corbett PPS20-0025
Dennis Dahlberg PPS20-0026
Mary Dahlberg PPS20-0027
Bert Daniels JR PPS20-0028
Richard Davis PPS20-0029
David Dice PPS20-0030
Maureen Dice PPS20-0031
Norman Diggs PPS20-0032
Edwina Ditmore PPS20-0033
Marrissa Doan PPS20-0034
Shawn Edwards PPS20-0035
Tonya Elkins PPS20-0036
William Ferrell PPS20-0037
James Frago PPS20-0038
John Frago PPS20-0039
Kenneth Frechette II PPS20-0040
Andrew Garza PPS20-0041
Bradley Gordon PPS20-0042
Thomas Gorgen PPS20-0043
Tom Gorgone PPS20-0044
Richard Gray PPS20-0045
Charles Gunning PPS20-0046
James Hannah PPS20-0047
Rufus harmon PPS20-0048
James Harvey PPS20-0049
Natalie Hawks PPS20-0050
Douglas Hays PPS20-0051
Stephen Heitz PPS20-0052
Wendy Hilgenberg PPS20-0053
James Hise PPS20-0054
Gerald Hissam PPS20-0055
William Hockersmith PPS20-0056
Alex Holland PPS20-0057
Mary Hurley PPS20-0058
Betty Johnson PPS20-0059
Edward Johnson PPS20-0060
James Johnson PPS20-0061
Etoya Jones PPS20-0062
Patrick Jones PPS20-0063
Derec Kelley PPS20-0064
Brent Kirkhart PPS20-0065
Janice Kirkhart PPS20-0066
Tyler Kirkhart PPS20-0067
Damon Lester PPS20-0068
Daniel Maglothin PPS20-0069
Chad Maier PPS20-0070
Kenneth Marshall PPS20-0071
Deborah Martin PPS20-0072
Michael Martin PPS20-0073
Todd Martinson PPS20-0074
Timothy McGarity PPS20-0075
Casey McKee PPS20-0076
Michael Meador PPS20-0077
Kenny Medlin PPS20-0078
Maria Meier PPS20-0079
Thomas Melte PPS20-0080
Matthew Millhollin PPS20-0081
James Mitchell PPS20-0082
Alexious Moehring PPS20-0083
Jonathan Moehring PPS20-0084
Jason Moody PPS20-0085
Ronald Moore PPS20-0086
Andrew Myers PPS20-0087
Frederick Myers PPS20-0088
James Myers PPS20-0089
Stephanie Myers PPS20-0090
Christopher New PPS20-0091
Jeremy Nicholas PPS20-0092
Michael Noble PPS20-0093
Greg Noll PPS20-0094
Robert O'Sullivan PPS20-0095
Mike Perry PPS20-0096
Bob Peters PPS20-0097
Devin Pettenger PPS20-0098

Electronically Filed - Platte - January 07, 2020 - 08:07 PM

Carrie Pfeifer PPS20-0099
Craig Poese PPS20-0159
Bill Powell PPS20-0100
Dee Powell PPS20-0101
Samantha Powell PPS20-0102
Kim Presler PPS20-0103
Marcus Presler PPS20-0104
Mark Rauss PPS20-0105
Terri Richards PPS20-0106
Jorge Rivera PPS20-0107
Sammie Robinson PPS20-0108
Richard Roth PPS20-0109
Edna Russell PPS20-0110
Brenda Schiwitz PPS20-0111
Michael Siegel PPS20-214
Joe Sherrod PPS20-0112
Andrew Sitzes PPS20-0113
Laura Skinner PPS20-0114
Thomas Skinner PPS20-0115
Richard Skyles PPS20-0215
Chris Stanton PPS20-0216
William Steck PPS20-0116
Randy Stone PPS20-0117
Sonja Stone PPS20-0118
David Taliaferro PPS20-0119
Michael Taylor PPS20-0120
Robert Torrey PPS20-0121
Lucas Traugott PPS20-0122
Steve Trueblood PPS20-0123
Jonathan Trumpower PPS20-0124
Ryan Weekley PPS20-0125
Misty Wege PPS20-0126
Andrew Wheeler PPS20-0127
Andrew Wickliffe PPS20-0128
Norman Wiley PPS20-0129
Gregory Willing PPS20-0130
Conni Wilson PPS20-0131
Jerry Wilson PPS20-0132
Debra Woodhouse PPS20-0133
Stan Yoder PPS20-0134
Greg Zotta PPS20-0135

who are qualified persons to serve process, are not parties to the case and are not less than eighteen (18) years of age, as private process servers in the above cause to serve process in this case.

Respectfully Submitted,

CORNERSTONE LAW FIRM

By: ______________________________

Joshua P. Wunderlich MO BAR 64254
j.wunderlich@cornerstonefirm.com
8350 N. St. Clair Ave., Ste. 225
Kansas City, Missouri 64151
Telephone (816) 581-4040
Facsimile (816) 741-8889

ATTORNEY FOR PLAINTIFF

**ORDER**

It is hereby ordered that the Plaintiff's Motion for Approval and Appointment of private process server is granted, and the above-named individuals are hereby approved and appointed to serve process in the above-captioned matter.

Date: ______________________________ ______________________________
Judge or Clerk

IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI

| | | |
|---|---|---|
| **ATHENA REYNOLDS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: ______________ |
| v. | ) | |
| | ) | Division: ______________ |
| **JJ STOLL, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR APPROVAL AND APPOINTMENT OF PRIVATE PROCESS SERVER**

COMES NOW Plaintiff, by and through its attorney of record, and for its Motion for Approval/Appoint of Private Process Server, and requests that D&B Legal Services, Inc.: Legal Names (s):

Jamie Andrews PPS20-0009
Caleb Battreal PPS20-0010
Bernard Beletsky PPS20-0011
Carrington Bell PPS20-0012
Thomas Bogue PPS20-0013
Brent Bohnhoff PPS20-0014
Arthur Boyer PPS20-0015
Scott Brady PPS20-0016
Gary Brakemeyer PPS20-0017
Jeff Brown PPS20-0018
Hester Bryant PPS20-0019
Nicholas Bull PPS20-0020
Randy Burrow PPS20-0021
Gory Burt PPS20-0022
Kyle Carter PPS20-0023
Michael Conklin PPS20-0024
Lisa Corbett PPS20-0025
Dennis Dahlberg PPS20-0026
Mary Dahlberg PPS20-0027
Bert Daniels JR PPS20-0028
Richard Davis PPS20-0029
David Dice PPS20-0030
Maureen Dice PPS20-0031
Norman Diggs PPS20-0032
Edwina Ditmore PPS20-0033
Marrissa Doan PPS20-0034
Shawn Edwards PPS20-0035
Tonya Elkins PPS20-0036
William Ferrell PPS20-0037
James Frago PPS20-0038
John Frago PPS20-0039
Kenneth Frechette II PPS20-0040
Andrew Garza PPS20-0041
Bradley Gordon PPS20-0042
Thomas Gorgen PPS20-0043
Tom Gorgone PPS20-0044
Richard Gray PPS20-0045
Charles Gunning PPS20-0046
James Hannah PPS20-0047
Rufus harmon PPS20-0048
James Harvey PPS20-0049
Natalie Hawks PPS20-0050
Douglas Hays PPS20-0051
Stephen Heitz PPS20-0052
Wendy Hilgenberg PPS20-0053
James Hise PPS20-0054
Gerald Hissam PPS20-0055
William Hockersmith PPS20-0056
Alex Holland PPS20-0057
Mary Hurley PPS20-0058
Betty Johnson PPS20-0059
Edward Johnson PPS20-0060
James Johnson PPS20-0061
Etoya Jones PPS20-0062
Patrick Jones PPS20-0063
Derec Kelley PPS20-0064
Brent Kirkhart PPS20-0065
Janice Kirkhart PPS20-0066
Tyler Kirkhart PPS20-0067
Damon Lester PPS20-0068
Daniel Maglothin PPS20-0069
Chad Maier PPS20-0070
Kenneth Marshall PPS20-0071
Deborah Martin PPS20-0072
Michael Martin PPS20-0073
Todd Martinson PPS20-0074
Timothy McGarity PPS20-0075
Casey McKee PPS20-0076
Michael Meador PPS20-0077
Kenny Medlin PPS20-0078
Maria Meier PPS20-0079
Thomas Melte PPS20-0080
Matthew Millhollin PPS20-0081
James Mitchell PPS20-0082
Alexious Moehring PPS20-0083
Jonathan Moehring PPS20-0084
Jason Moody PPS20-0085
Ronald Moore PPS20-0086
Andrew Myers PPS20-0087
Frederick Myers PPS20-0088
James Myers PPS20-0089
Stephanie Myers PPS20-0090
Christopher New PPS20-0091
Jeremy Nicholas PPS20-0092
Michael Noble PPS20-0093
Greg Noll PPS20-0094
Robert O'Sullivan PPS20-0095
Mike Perry PPS20-0096
Bob Peters PPS20-0097
Devin Pettenger PPS20-0098

Carrie Pfeifer PPS20-0099
Craig Poese PPS20-0159
Bill Powell PPS20-0100
Dee Powell PPS20-0101
Samantha Powell PPS20-0102
Kim Presler PPS20-0103
Marcus Presler PPS20-0104
Mark Rauss PPS20-0105
Terri Richards PPS20-0106
Jorge Rivera PPS20-0107
Sammie Robinson PPS20-0108
Richard Roth PPS20-0109
Edna Russell PPS20-0110
Brenda Schiwitz PPS20-0111
Michael Siegel PPS20-214
Joe Sherrod PPS20-0112
Andrew Sitzes PPS20-0113
Laura Skinner PPS20-0114
Thomas Skinner PPS20-0115
Richard Skyles PPS20-0215
Chris Stanton PPS20-0216
William Steck PPS20-0116
Randy Stone PPS20-0117
Sonja Stone PPS20-0118
David Taliaferro PPS20-0119
Michael Taylor PPS20-0120
Robert Torrey PPS20-0121
Lucas Traugott PPS20-0122
Steve Trueblood PPS20-0123
Jonathan Trumpower PPS20-0124
Ryan Weekley PPS20-0125
Misty Wege PPS20-0126
Andrew Wheeler PPS20-0127
Andrew Wickliffe PPS20-0128
Norman Wiley PPS20-0129
Gregory Willing PPS20-0130
Conni Wilson PPS20-0131
Jerry Wilson PPS20-0132
Debra Woodhouse PPS20-0133
Stan Yoder PPS20-0134
Greg Zotta PPS20-0135

who are qualified persons to serve process, are not parties to the case and are not less than eighteen (18) years of age, as private process servers in the above cause to serve process in this case.

Respectfully Submitted,

CORNERSTONE LAW FIRM

By: ______________________________
Joshua P. Wunderlich MO BAR 64254
j.wunderlich@cornerstonefirm.com
8350 N. St. Clair Ave., Ste. 225
Kansas City, Missouri 64151
Telephone (816) 581-4040
Facsimile (816) 741-8889

ATTORNEY FOR PLAINTIFF

***FILED***
***1/8/2020***
***08:57 am***
***KIMBERLY K. JOHNSON***
***CIRCUIT CLERK***
***PLATTE COUNTY, MO***

## ORDER

It is hereby ordered that the Plaintiff's Motion for Approval and Appointment of private process server is granted, and the above-named individuals are hereby approved and appointed to serve process in the above-captioned matter.

Date: ***Wednesday, January 08, 2020***

***Wednesday, January 08, 2020***
Judge or Clerk

 **IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI**

**NOTICE**
**SETTING ON CALENDAR**

STATE OF MISSOURI )
) ss
COUNTY OF PLATTE )

CASE NO: 20AE-CC00007
NATURE OF SUIT: CC Other Tort

ATHENA ANNE REYNOLDS
Plaintiff/Petitioner

v.

JJ STOLL, INC.
Defendant/Respondent

TO:

| | | | |
|---|---|---|---|
| ATHENA ANNE REYNOLDS 4226 N. OLIVE ST. GLADSTONE, MO 64116 | JJ STOLL, INC. REG. AGENT: STOLL, JENNIFER 6116 N. HARDEN CT. KANSAS CITY, MO 64151 | JOSHUA PAUL WUNDERLICH 8350 N ST CLAIR AVE, SUITE 225 KANSAS CITY, MO 64151 | |

You are hereby notified that the referenced case has been set on the calendar as follows:

Division: DIVISION 2 COURT ROOM
Date: 10-APR-2020
Time: 09:00 AM
Setting: 90 DAY DOCKET CALL

Date: 08-JAN-2020

Kimberly K. Johnson
Circuit Clerk, Platte County

V:\LOCTEMPS\TRST.doc



# IN THE 6TH JUDICIAL CIRCUIT, PLATTE COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>JAMES W VAN AMBURG | **Case Number: 20AE-CC00007** | |
| Plaintiff/Petitioner:<br>ATHENA ANNE REYNOLDS<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOSHUA PAUL WUNDERLICH<br>8350 N ST CLAIR AVE, SUITE 225<br>KANSAS CITY, MO 64151 | |
| Defendant/Respondent:<br>JJ STOLL, INC. | Court Address:<br>415 3RD STREET<br>SUITE 5<br>PLATTE CITY, MO 64079 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: JJ STOLL, INC.**
**Alias:**

**REG. AGENT: STOLL, JENNIFER**
**6116 N. HARDEN CT.**
**KANSAS CITY, MO 64151**

***COURT SEAL OF***

***PLATTE COUNTY***

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

***Wednesday, January 08, 2020***
Date

***/s/ Kimberly K. Johnson C.C. by Lindsey D. Burris D.C.***
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with ______________________________, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
______________________________ (name) ______________________________ (title).

☐ other: ______________________________.

Served at ______________________________ (address)

in ____________________ (County/City of St. Louis), MO, on ______________ (date) at __________ (time).

______________________________ Printed Name of Sheriff or Server

______________________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ____________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ ______ ( ______ miles @ $.______ per mile) |
| **Total** | **$** |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - Platte - January 29, 2020 - 03:50 PM

# AFFIDAVIT OF SERVICE

**State of Missouri** **County of Platte** **Circuit Court**

Case Number: 20AE-CC00007

POW2020000566

Plaintiff:
**ATHENA ANNE REYNOLDS**

vs.

Defendant:
**JJ STOLL INC**

For:
CORNERSTONE LAW FIRM
8350 N ST CLAIR AVE
SUITE 225
KANSAS CITY, MO 64151

Received by D & B Legal Services, Inc. on the 21st day of January, 2020 at 9:27 am to be served on **JJ STOLL INC C/O REGISTERED AGENT JENNIFER STOLL, 6116 N HARDEN CT, KANSAS CITY, MO 64151**.

I, Maureen Dice PPS19-0825 / PPS20-0031, being duly sworn, depose and say that on the **26th day of January, 2020** at **9:35 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in Civil Case, Petition For Damages, Plaintiff's Exhibit 1, Plaintiff's Exhibit 2** with the date and hour of service endorsed thereon by me, to: **JENNIFER STOLL** as **REGISTERED AGENT** for **JJ STOLL INC**, at the address of: **6116 N HARDEN CT, KANSAS CITY, MO 64151**.

I certify that I am over the age of 18 and have no interest in the above action and the foregoing statements made by me are true and correct.

Subscribed and Sworn to before me on the 27th day of January, 2020

NOTARY PUBLIC

JAMES HANNAH
Notary Public - State of Kansas
My Appt. Expires 8/23/23

Maureen Dice

**Maureen Dice PPS19-0825 / PPS20-0031**
Process Server

**D & B Legal Services, Inc.**
**P.O. Box 7471**
**Overland Park, KS 66207**
**(913) 362-8110**

Our Job Serial Number: POW-2020000566

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

Electronically Filed - Platte - January 29, 2020 - 03:50 PM



# IN THE 6TH JUDICIAL CIRCUIT, PLATTE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: JAMES W VAN AMBURG | Case Number: 20AE-CC00007 |
| Plaintiff/Petitioner: ATHENA ANNE REYNOLDS vs. | Plaintiff's/Petitioner's Attorney/Address JOSHUA PAUL WUNDERLICH 8350 N ST CLAIR AVE, SUITE 225 KANSAS CITY, MO 64151 |
| Defendant/Respondent: JJ STOLL, INC. | Court Address: 415 3RD STREET SUITE 5 PLATTE CITY, MO 64079 |
| Nature of Suit: CC Other Tort | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: JJ STOLL, INC.**
**Alias:**

**REG. AGENT: STOLL, JENNIFER**
**6116 N. HARDEN CT.**
**KANSAS CITY, MO 64151**

*COURT SEAL OF*




*PLATTE COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*Wednesday, January 08, 2020*
Date

*/s/ Kimberly K. Johnson C.C. by Lindsey D. Burris D.C.*
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with ______________________, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: ______________________ (name) ______________________ (title).

☐ other: ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at __________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (______ miles @ $.______ per mile) |
| **Total** | **$__________** |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.