IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| ATHENA REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 20-CV-06024-SRB |
| | ) | |
| JJ STOLL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' Joint Motion to Stay Proceedings. (Doc. #22.) Having considered the parties' arguments and for good cause shown, the Joint Motion (Doc. #22) is GRANTED.

Accordingly, it is **ORDERED** that the proceedings in this matter are hereby stayed until September 17, 2021. If the matter has not been fully resolved as of that date, the parties shall contact the Court to schedule a status conference within five (5) days. Additionally, it is **FURTHER ORDERED** that the parties shall file a status update with the Court on March 1, 2021, and September 1, 2021.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: September 21, 2020